JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL GONZALEZ, <br><br> Plaintiff, <br><br> v. <br><br> DOMENO & ASSOCIATES d/b/a 7 ELEVEN STORE 18837E; TEXLAND PROPERTIES CORP.; and DOES 1 through 10, <br><br> Defendants. | **Case No.: 2:16-cv-05534-CAS-SK** <br><br> **[PROPOSED] ORDER GRANTING STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** <br><br> Trial Date: August 5, 2017 |

ORDER

Based on the stipulation of the parties and for good cause shown:

IT IS HEREBY ORDERED that the entire lawsuit be dismissed with prejudice in the above-entitled action, both parties waiving fees and costs.

SO ORDERED.

DATED May 30, 2017

_____
United States District Court Judge
Judge Cristina A. Snyder